## ACORN HOMES, INC. *v.* COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 905 (AC 28879), is denied.

*David S. Grossman,* in support of the petition.

Decided September 25, 2008

## STATE OF CONNECTICUT *v.* DAVID L. HAYWOOD

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 460 (AC 26648), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 25, 2008

## STATE OF CONNECTICUT *v.* LEMUEL A. DELVALLE

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 143 (AC 27719), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, and *Kevin M. Smith,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided September 25, 2008